

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
                    Plaintiff,
          v.
Michael Lombardo
                    Defendant.

Case No. 2:07MJ00293-EFB

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Michael Lombardo**, Case No. **2:07MJ00293-EFB**, Charge **21 USC Sec. 841(a)(1)**, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

✓ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

✓ (Other) **Pretrial conditions as set out in the pretrial conditions**

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Sacramento, CA** on **9/14/2007** at **2:35** a.m./p.m.

By _____
United States District Judge or
United States Magistrate