```
1  DANIEL J. BRODERICK
   Federal Defender
2  TIMOTHY ZINDEL, BAR #158377
   Assistant Federal Defenders
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-439 LKK KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER VACATING PRELIMINARY EXAMINATION AND SETTING FOR ARRAIGNMENT; EXCLUDING TIME** |
| v. | ) | |
| MICHAEL EDWARD LOMBARDO, | ) | Date: October 4, 2007 |
| Defendant. | ) | Time: 2:00 p.m. |
|  | ) | Judge: Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for October 4, 2007 be vacated, and rescheduled for arraignment on Thursday, October 25, 2007 at 2:00 p.m. The Indictment in this matter has now been filed.

Because defense counsel has been in jury trial, he has not had adequate time to review this new file nor meet and confer with Mr. Lombardo in regard to the issues of his case. In order to afford time to complete these tasks, the parties agree to vacate the preliminary examination presently scheduled for October 4, 2007,

1

1  and schedule the matter for arraignment on October 25, 2007 with
2  Mr. Lombardo's consent, agreeing that Mr. Lombardo's absence and
3  the need for further discussion constitute good cause within the
4  meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties
5  further agree that time under the Speedy Trial Act be excluded to
6  October 25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
7  (B)(iv), to afford both parties reasonable additional time to
8  prepare.

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated:  October 1, 2007         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MICHAEL LOMBARDO


                                McGREGOR W. SCOTT
                                United States Attorney


Dated:  October 1, 2007         /s/  T. Zindel for M. Beckwith
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney


**O R D E R**

The preliminary hearing date of October 4, 2007 is hereby vacated, and rescheduled for arraignment on October 25, 2007 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

IT IS SO ORDERED.

Dated:  October 2, 2007.

                                _____
                                U.S. MAGISTRATE JUDGE

2