DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL EDWARD LOMBARDO, <br> Defendant. | No. CR-S-07-439 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  December 11, 2007 <br> Time:  9:30 a.m. <br> Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for December 11, 2007 may be continued to January 29, 2008 at 9:30 a.m.

Mr. Lombardo's case is a relatively new one involving various issues which need to be adequately reviewed. Defense counsel seeks additional time to investigate and perform legal research, and to confer further with his client.  In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through January 29, 2008, pursuant to Title 18, United States Code, Section

1

3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: December 6, 2007     /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MICHAEL LOMBARDO


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: December 6, 2007     /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney


### O R D E R

    The status conference is continued to January 29, 2008 at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: December 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2