DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-439 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| MICHAEL EDWARD LOMBARDO, | ) | Date: January 29, 2008 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for January 29, 2008 may be continued to February 26, 2008 at 9:30 a.m.

Mr. Lombardo's case is a relatively new one involving various issues which need to be adequately reviewed. Defense counsel seeks additional time to review discovery, investigate, perform legal research, and conduct ongoing interviews with his client. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through February 26, 2008, pursuant to Title 18, United

1  States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

2                                          Respectfully Submitted,

3                                          DANIEL J. BRODERICK
                                           Federal Defender

5  Dated:  January 16, 2008       /s/ T. Zindel
                                  TIMOTHY ZINDEL
6                                 Assistant Federal Defender
                                  Attorney for MICHAEL LOMBARDO

8                                 McGREGOR W. SCOTT
                                  United States Attorney

10 Dated:  January 16, 2008       /s/  T. Zindel for M. Beckwith
                                  MICHAEL BECKWITH
11                                Assistant U.S. Attorney

### O R D E R

The status conference is continued to February 26, 2008 at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 18, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order/Michael Lombardo            2