1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MICHAEL EDWARD LOMBARDO
6

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,      )   No. CR-S-07-439 LKK
                                )
13 |            Plaintiff,        )   **STIPULATION AND ORDER CONTINUING**
                                )   **STATUS CONFERENCE AND EXCLUDING**
14 |      v.                      )   **TIME**
                                )
15 | MICHAEL EDWARD LOMBARDO,      )   Date:  February 26, 2008
                                )   Time:  9:30 a.m.
16 |            Defendant.        )   Judge: Lawrence K. Karlton
    _____  )
17

18 |      It is hereby stipulated and agreed between defendant, Michael

19 | Lombardo, and plaintiff, United States of America, by and through

20 | their attorneys, that the status conference presently scheduled for

21 | February 26, 2008 may be continued to April 1, 2008 at 9:30 a.m.

22 |      Mr. Lombardo's case involves various issues which need to be

23 | adequately reviewed. Defense counsel seeks additional time to

24 | review discovery, continue defense investigation, perform legal

25 | research, and conduct ongoing interviews with his client.  In order

26 | to afford time to complete these tasks, the parties agree that time

27 | under the Speedy Trial Act should be excluded from the date of this

28 | order through April 1, 2008, pursuant to Title 18, United States

1

Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:  February 21, 2008     /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for MICHAEL LOMBARDO


                              McGREGOR W. SCOTT
                              United States Attorney

Dated:  February 21, 2008     /s/  T. Zindel for M. Beckwith
                              MICHAEL BECKWITH
                              Assistant U.S. Attorney



                          **O R D E R**

    The status conference is continued to April 1, 2008 at

9:30 a.m.  The court finds that a continuance is necessary for the

reasons stated above and further finds that the ends of justice

served by granting a continuance outweigh the best interests of the

public and the defendant in a speedy trial.  Time is therefore

excluded from the date of this order through April 1, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  February 22, 2008




                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT


Stip & Order/Michael Lombardo        2