```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL EDWARD LOMBARDO,<br><br>        Defendant. | No. CR-S-07-439-LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  April 1, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 1, 2008 may be continued to May 6, 2008 at 9:30 a.m.

   As previously stated, Mr. Lombardo's case involves various issues which need to be adequately reviewed. Additional time is needed by defense counsel to review discovery, continue defense investigation, perform legal research, and conduct ongoing interviews with his client. In order to afford time to complete these various tasks, the parties agree that time under the Speedy Trial Act should be excluded from the

1  date of this order through May 6, 2008, pursuant to Title 18, United
2  States Code, Section  3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:   March 25, 2008           /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for MICHAEL LOMBARDO
8

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11 Dated:   March 25, 2008           /s/  T. Zindel for M. Beckwith
                                     MICHAEL BECKWITH
12                                   Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to May 6, 2008 at
16 9:30 a.m.  The court finds that a continuance is necessary for the
17 reasons stated above and further finds that the ends of justice served
18 by granting a continuance outweigh the best interests of the public and
19 the defendant in a speedy trial.  Time is therefore excluded from the
20 date of this order through May 6, 2008, pursuant to 18 U.S.C. §
21 3161(h)(8)(A) and (B)(iv).

22     IT IS SO ORDERED.

23 Dated:   March 27, 2008

24

25                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
26                                   UNITED STATES DISTRICT COURT

27

28