DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-439-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| MICHAEL EDWARD LOMBARDO, | |
| Defendant. | Date: May 6, 2008<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 6, 2008 may be continued to June 24, 2008 at 9:30 a.m.

Defense counsel seeks additional time to investigate, consider filing of pretrial motions, and review a proposed plea agreement. In order to afford time to complete these various tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through June 24, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated:  May 1, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for MICHAEL LOMBARDO |
|   | McGREGOR W. SCOTT<br>United States Attorney |
| Dated:  May 1, 2008 | /s/  T. Zindel for M. Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to June 24, 2008 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 5, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT