```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S CR 07-439-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | RESCHEDULING STATUS CONFERENCE, |
| ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| MICHAEL EDWARD LOMBARDO, ) | |
| ) | |
| Defendants. ) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Michael Edward Lombardo, through his counsel of record, Timothy Zindel, hereby stipulate and agree that the status conference set for June 24, 2008, should be continued to July 22, 2008, at 9:30 a.m.

The parties seek additional time to prepare. Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for July 22, 2008, at 9:30 a.m.

///

1

Accordingly, the parties stipulate that time be excluded pursuant to Local Code T4.

IT IS SO STIPULATED.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: June 19, 2008       By:  /s/  Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED: June 19, 2008       By:  /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Attorney for Defendant
                                    MICHAEL EDWARD LOMBARDO
```

**ORDER**

    1.   A status conference is set for July 22, 2008, at 9:30 A.M.

    2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through July 22, 2008.

**IT IS SO ORDERED.**

DATED: June 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT