DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) No. 2:07-CR-0439 LKK
                                   )
            Plaintiff,             )
                                   ) **STIPULATION AND ORDER**
     v.                            ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
MICHAEL EDWARD LOMBARDO,           )
                                   )
            Defendant.             ) Date:  September 9, 2008
                                   ) Time:  9:15 a.m.
_____) Judge: Hon. Lawrence K. Karlton

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 9, 2008 may be continued to October 15, 2008 at 9:15 a.m.

   Defense counsel seeks additional time to investigate, consider filing of pretrial motions, and review a proposed plea agreement. In order to afford time to complete these tasks and also to assist in evaluating a parallel civil forfeiture action, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

/////

/////

order through October 15, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully Submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated:   September 4, 2008    /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for MICHAEL LOMBARDO


                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated:   September 4, 2008    /s/ T. Zindel for M. Beckwith
                                              MICHAEL BECKWITH
                                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 15, 2008 at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 5, 2008

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT