```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>     v.<br>MICHAEL EDWARD LOMBARDO,<br>             Defendant. | No. 2:07-CR-0439 LKK<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  January 6, 2009<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for January 6, 2009 may be continued to February 10, 2009 at 9:15 a.m.

   Defense counsel seeks additional time to investigate, consider filing of pretrial motions, and review a proposed plea agreement. In order to afford time to complete these tasks and also to assist in evaluating a parallel civil forfeiture action, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

///

///

order through February 10, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


Dated:  December 30, 2008       /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MICHAEL LOMBARDO


                                McGREGOR W. SCOTT
                                United States Attorney


Dated:  December 30, 2008       /s/ T. Zindel for M. Beckwith
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 10, 2009 at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT