```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>             Plaintiff, )<br>      )<br>      v.   )<br>      )<br>MICHAEL EDWARD LOMBARDO, )<br>      )<br>             Defendant. )<br>_____ ) | No. 2:07-CR-0439 LKK<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  February 10, 2009<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 10, 2009 may be continued to April 14, 2009, at 9:15 a.m.

    Defense counsel will be in a four- to six-week jury trial beginning in February. A number of matters remain unresolved between the parties and additional time is needed to resolve them and, if appropriate, prepare a final plea agreement. In order to afford time to complete these tasks and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the

1  date of this order through April 14, 2009, pursuant to Title 18, United
2  States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:   February 6, 2009         /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for MICHAEL LOMBARDO
8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11 Dated:   February 6, 2009         /s/ T. Zindel for M. Beckwith
                                     MICHAEL BECKWITH
12                                   Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to April 14, 2009, at 9:15 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through April 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22     IT IS SO ORDERED.

23 Dated:   February 9, 2009

24                                   /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
25                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
26

27

28

Stip & Order/Michael Lombardo        -2-