DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0439 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | |
| Defendant. | Date: June 9, 2009 |
| | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 9, 2009 may be continued to August 18, 2009, at 9:15 a.m.

Defense counsel is currently in a complex jury trial during May and June. A number of matters remain unresolved between the parties and additional time is needed to resolve them and, if appropriate, prepare a final plea agreement. In order to afford time to complete these tasks and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through August 18, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 2, 2009

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL LOMBARDO

LAWRENCE G. BROWN
Acting United States Attorney

Dated: June 2, 2009

/s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 18, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT