DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0439 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, ) | |
| Defendant. ) | Date: August 18, 2009 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 18, 2009 may be continued to September 29, 2009, at 9:15 a.m.

   A number of matters remain unresolved between the parties and additional time is needed to resolve them and, if appropriate, prepare a final plea agreement.  In order to afford time to complete these tasks and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1 through September 29, 2009, pursuant to Title 18, United States Code,
2 Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).
3                                         Respectfully Submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6 Dated:  August 12, 2009         /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for MICHAEL LOMBARDO
8
9                                         LAWRENCE G. BROWN
                                          Acting United States Attorney
10
11 Dated:  August 12, 2009         /s/ T. Zindel for M. Beckwith
                                          MICHAEL BECKWITH
12                                        Assistant U.S. Attorney
13
14                                **O R D E R**
15     The status conference is continued to September 29, 2009, at 9:15
16 a.m.  The court finds that a continuance is necessary for the reasons
17 stated above and further finds that the ends of justice served by
18 granting a continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.  Time is therefore excluded from the date of
20 this order through September 29, 2009, pursuant to 18 U.S.C. §
21 3161(h)(7)(A) and (B)(iv).
22     IT IS SO ORDERED.
23 Dated:  August 14, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order/Michael Lombardo          -2-