DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0439 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | ) | |
| | ) | |
| Defendant. | ) | Date: September 29, 2009 |
| | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 29, 2009, may be continued to November 3, 2009, at 9:15 a.m.

A number of matters remain unresolved between the parties and additional time is needed to resolve them and, if appropriate, prepare a plea agreement. In order to afford time to complete these tasks and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through November 3, 2009, pursuant to Title 18, United States Code,
2  Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated: September 24, 2009         /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for MICHAEL LOMBARDO
8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
10

11 Dated: September 24, 2009         /s/ T. Zindel for M. Beckwith
                                     MICHAEL BECKWITH
12                                   Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to November 3, 2009, at 9:15 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through November 3, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv).

22     IT IS SO ORDERED.
23 Dated: September 29, 2009

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

Stip & Order/Michael Lombardo          -2-