```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0439 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, ) | |
| ) | |
| Defendant. ) | Date: November 2, 2009 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 2, 2009, may be continued to December 22, 2009, at 9:15 a.m.

A number of matters remain unresolved between the parties. Defense counsel believes that resolution of the case may be affected by policy guidance in marijuana cases issued by the Department of Justice on October 19, 2009. Additional time is needed to determine how that guidance may affect resolution of this case. In order to afford adequate review time, the parties agree that time under the Speedy Trial Act

1 should be excluded from the date of this order through December 22, 2009,
2 pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3 (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 29, 2009      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL LOMBARDO

LAWRENCE G. BROWN
United States Attorney

Dated: October 29, 2009      /s/ T. Zindel for C. Delaney
CAROLYN DELANEY
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 22, 2009, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 22, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 30, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order        -2-