```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0439 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | ) | |
| Defendant. | ) | Date: December 22, 2009 |
| | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for December 22, 2009, may be continued to February 23, 2010, at 9:15 a.m.

A number of matters remain unresolved between the parties. Defense counsel believes that resolution of the case may be affected by policy guidance in marijuana cases issued by the Department of Justice on October 19, 2009. Additional time is needed to determine how that guidance may affect resolution of this case. In order to afford adequate review time, the parties agree that time under the Speedy Trial Act

1  should be excluded from the date of this order through February 23, 2010,
2  pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3  (B)(iv)(Local Code T4).

4                                    Respectfully Submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  December 17, 2009    /s/ T. Zindel
                                TIMOTHY ZINDEL
8                               Assistant Federal Defender
                                Attorney for MICHAEL LOMBARDO
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12 Dated:  December 17, 2009    /s/ T. Zindel for C. Delaney
                                CAROLYN DELANEY
13                              Assistant U.S. Attorney

14

15                              **O R D E R**

16     The status conference is continued to February 23, 2010, at 9:15
17 a.m.  The court finds that a continuance is necessary for the reasons
18 stated above and further finds that the ends of justice served by
19 granting a continuance outweigh the best interests of the public and the
20 defendant in a speedy trial.  Time is therefore excluded from the date of
21 this order through February 23, 2010, pursuant to 18 U.S.C. §
22 3161(h)(7)(A) and (B)(iv).
23     IT IS SO ORDERED.

24

25 Dated:  December 21, 2009

26
                                  /s/ Lawrence K. Karlton
27                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
28                                UNITED STATES DISTRICT COURT

Stip & Order                          -2-