DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0439 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | ) |
| Defendant. | ) Date: February 23, 2009 |
| | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 23, 2010, may be continued to April 27, 2010, at 9:15 a.m.

A number of matters remain unresolved between the parties. Defense counsel believes that resolution of the case may be affected by policy guidance in marijuana cases issued by the Department of Justice on October 19, 2009. Additional time is needed to determine how that guidance may affect resolution of this case. Also, counsel for defendant will be out of the country and unavailable for four (4) weeks beginning

March 18, 2010.  In order to afford adequate review time, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through April 27, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(Local Code T).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 18, 2010        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL LOMBARDO


BENJAMIN B. WAGNER
United States Attorney

Dated:   February 18, 2010        /s/ T. Zindel for C. Delaney
CAROLYN DELANEY
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 27, 2010, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order                        -2-