DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL EDWARD LOMBARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0439 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | ) |
| Defendant. | ) Date: June 22, 2010 |
| | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 22, 2010, may be continued to August 31, 2010, at 9:15 a.m.

   A number of matters remain unresolved between the parties. Defense counsel believes that resolution of the case may be affected by policy guidance in marijuana cases issued by the Department of Justice on October 19, 2009. Additional time is needed to determine how that guidance may affect resolution of this case. In order to afford adequate review time, the parties agree that time under the Speedy Trial Act

1  should be excluded from the date of this order through August 31, 2010,
2  pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3  (B)(Local Code T).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   June 17, 2010                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL LOMBARDO


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   June 17, 2010                  /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 31, 2010, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 31, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)and (B).

   IT IS SO ORDERED.

Dated:  June 21, 2010

                                        [signature]
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip & Order                            -2-