1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL EDWARD LOMBARDO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:07-CR-0439 LKK
                                     )
14              Plaintiff,           )
                                     )  **STIPULATION AND ORDER**
15       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  MICHAEL EDWARD LOMBARDO,         )
                                     )
17              Defendant.           )  Date:  August 31, 2010
                                     )  Time:  9:15 a.m.
18  _____  )  Judge: Hon. Lawrence K. Karlton

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Michael

21  Lombardo, and plaintiff, United States of America, by and through their

22  attorneys, that the status conference presently scheduled for August 31,

23  2010, may be continued to September 14, 2010, at 9:15 a.m.

24       The parties have reached a resolution but the final agreement has

25  not been written; the parties are awaiting an appraisal of the real

26  property involved in the forfeiture count.  In order to afford time to

27  complete these tasks, the parties agree that time under the Speedy Trial

28  Act should be excluded from the date of this order through September 14,

1   2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and

2   (B)(Local Code T).

3                                   Respectfully Submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Defender

5

6   Dated:   August 27, 2010        /s/ T. Zindel
                                    TIMOTHY ZINDEL

7                                   Assistant Federal Defender
                                    Attorney for MICHAEL LOMBARDO

8

9                                   BENJAMIN B. WAGNER
                                    United States Attorney

10

11  Dated:   August 27, 2010        /s/ T. Zindel for C. Delaney
                                    CAROLYN DELANEY

12                                  Assistant U.S. Attorney

13

14                         **O R D E R**

15      The status conference is continued to September 14, 2010, at 9:15

16  a.m.  The court finds that a continuance is necessary for the reasons

17  stated above and further finds that the ends of justice served by

18  granting a continuance outweigh the best interests of the public and the

19  defendant in a speedy trial.  Time is therefore excluded from the date of

20  this order through September 14, 2010, pursuant to 18 U.S.C. §

21  3161(h)(7)(A)and (B).

22      IT IS SO ORDERED.

23

24  Dated:   August 27, 2010

25                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE

26                                  UNITED STATES DISTRICT COURT

27

28

Stip & Order                    -2-