```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0439 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, | ) | |
| | ) | |
| Defendant. | ) | Date: September 14, 2010 |
| | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 14, 2010, may be continued to September 28, 2010, at 9:15 a.m.

    The parties have reached an agreement to resolve the related civil case and await the written appraisal of real property involved in the criminal forfeiture count.  A draft plea agreement has been prepared but the defense needs additional time to review it. In order to afford time to complete these tasks, the parties agree that time under the Speedy

1  Trial Act should be excluded from the date of this order through
2  September 28, 2010, pursuant to Title 18, United States Code, Section
3  3161(h)(7)(A) and (B)(Local Code T).

4                                Respectfully Submitted,

5                                DANIEL J. BRODERICK
                              Federal Defender

7  Dated: September 10, 2010   /s/ T. Zindel
                              TIMOTHY ZINDEL
8                                Assistant Federal Defender
                              Attorney for MICHAEL LOMBARDO

10                               BENJAMIN B. WAGNER
                              United States Attorney

12 Dated: September 10, 2010   /s/ T. Zindel for C. Delaney
                              CAROLYN DELANEY
13                               Assistant U.S. Attorney

15                               **O R D E R**

16     The status conference is continued to September 28, 2010, at 9:15
17 a.m. The court finds that a continuance is necessary for the reasons
18 stated above and further finds that the ends of justice served by
19 granting a continuance outweigh the best interests of the public and the
20 defendant in a speedy trial. Time is therefore excluded from the date of
21 this order through September 28, 2010, pursuant to 18 U.S.C. §
22 3161(h)(7)(A)and (B).
23     IT IS SO ORDERED.

25 Dated: September 14, 2010
26                               LAWRENCE K. KARLTON
27                               SENIOR JUDGE
                              UNITED STATES DISTRICT COURT