BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S 07-439 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| MICHAEL EDWARD LOMBARDO, ) | |
| Defendant. ) | Hon. LAWRENCE K. KARLTON |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Michael Edward Lombardo, through his counsel of record, Timothy Zindel, request that the status conference currently set for September 28, 2010, be continued to October 19, 2010, and stipulate that the time beginning September 28, 2010, and extending through October 19, 2010, should be excluded from the calculation of time under the Speedy Trial Act.

   The parties submit that the ends of justice are served by

1  the Court excluding such time, so that counsel for the defendant
2  may have reasonable time necessary for effective preparation,
3  taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(7)(B)(iv); Local Code T4.
5       The parties stipulate and agree that the interests of
6  justice served by granting this continuance outweigh the best
7  interests of the public and the defendants in a speedy trial.  18
8  U.S.C. § 3161(h)(7)(A).
9  IT IS SO STIPULATED.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: September 27, 2010 | By: /s/ Michael M. Beckwith<br>MICHAEL M. BECKWTIH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: September 27, 2010 | By: /s/ Timothy Zindel<br>TIMOTHY ZINDEL<br>Attorney for Defendant<br>MICHAEL EDWARD LOMBARDO |

**ORDER**

The status conference in case number CR. S 07-439 LKK, currently set for September 28, 2010, is continued to October 19, 2010, and the time beginning September 28, 2010, and extending through October 19, 2010, is excluded from the calculation of time under the Speedy Trial Act. For the reasons stated in the above stipulation, the Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT