```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL EDWARD LOMBARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0439 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, ) | |
| Defendant. ) | Date: October 19, 2010 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 19, 2010, may be continued to November 9, 2010, at 9:15 a.m., for change of plea.

   The parties have fully resolved a related civil case. Mr. Lombardo has decided to change his plea to the pending indictment but has asked defense counsel to inspect some of the evidence seized from his house prior to his change of plea. So that this may be done, the parties agree

that time under the Speedy Trial Act should be excluded from the date of this order through November 9, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(Local Code T).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 15, 2010    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL LOMBARDO

BENJAMIN B. WAGNER
United States Attorney

Dated: October 15, 2010    /s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued and a change of plea scheduled for November 9, 2010, at 9:15 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)and (B).

IT IS SO ORDERED.

Dated: October 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order                -2-