DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL EDWARD LOMBARDO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0439 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL EDWARD LOMBARDO, ) | |
| ) | |
| Defendant. ) | Date: November 30, 2010 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Michael Lombardo, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 30, 2010, may be continued to December 14, 2010, at 9:15 a.m., for change of plea.

   The parties have fully resolved a related civil case.  Mr. Lombardo has decided to change his plea to the pending indictment but has asked defense counsel to inspect some of the evidence seized from his house prior to his change of plea.  So that this may be done, the parties agree

1  that time under the Speedy Trial Act should be excluded from the date of
2  this order through December 14, 2010, pursuant to Title 18, United States
3  Code, Section 3161(h)(7)(A) and (B)(Local Code T).

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   November 22, 2010              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MICHAEL LOMBARDO


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   November 22, 2010              /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


## O R D E R

The status conference is continued and a change of plea scheduled for December 14, 2010, at 9:15 a.m.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 14, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)and (B).

   IT IS SO ORDERED.


Dated:   November 23, 2010              /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip & Order                        -2-