```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00439-LKK |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| MICHAEL EDWARD LOMBARDO, ) | |
| Defendant. ) | |

Based upon the guilty plea entered by defendant Michael Edward Lombardo and the finding of forfeiture by the Court, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Michael Edward Lombardo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Real property located at 21884 Greenview Court, Smartville, California, Nevada County, APN: 50-142-21.

2. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the U.S.
4   Marshals Service, in its secure custody and control.
5        4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the
6   United States shall publish notice of the order of forfeiture.
7   Notice of this Order and notice of the Attorney General's (or a
8   designee's) intent to dispose of the property in such manner as the
9   Attorney General may direct shall be posted for at least 30
10  consecutive days on the official internet government forfeiture site
11  [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
12  practicable, provide direct written notice to any person known to
13  have alleged an interest in the property that is the subject of the
14  order of forfeiture as a substitute for published notice as to those
15  persons so notified.
16            b.   This notice shall state that any person, other than
17  the defendant, asserting a legal interest in the above-listed
18  property, must file a petition with the Court within sixty (60) days
19  from the first day of publication of the Notice of Forfeiture posted
20  on the official government forfeiture site, or within thirty (30)
21  days from receipt of direct written notice, whichever is earlier.
22       5.   If a petition is timely filed, upon adjudication of all
23  third-party interests, if any, this Court will enter a Final Order
24  ///
25  ///
26  ///
27  ///
28  ///

of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 15th day of February, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT